GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ROBERT A. FELLRATH
Assistant U.S. Attorney
Evo DeConcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: Robert.Fellrath@usdoj.gov
Attorneys for Plaintiff

FILED

2021 APR 28 PM 6:13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR21-00883 TUC-JGZ(BGM) |
| Plaintiff, | INDICTMENT |
| v. | VIOLATIONS: |
| | 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens)<br>Count 1 |
| 1. Adrian Duran-Estrada,<br>   a/k/a AA,<br>   (Counts 1 – 4, Forfeiture) | |
| 2. Kaitlan Rochelle Jacobs,<br>   (Counts 1, 2, 4, Forfeiture) | 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(ii)<br>18 U.S.C. § 2<br>(Transportation of Illegal Alien)<br>Counts 2 & 4 |
| 3. Bruce Rivera,<br>   (Counts 1, 3, Forfeiture) | |
| 4. Arturo Alday Cordova,<br>   (Counts 1, 4, Forfeiture) | 8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(ii)<br>18 U.S.C. § 2<br>(Attempted Transportation of Illegal Alien)<br>Count 3 |
| Defendants. | 18 U.S.C. § 982(a)(6)<br>(Forfeiture Allegation) |

Under Seal

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From a date unknown to on or about July 23, 2019, in the District of Arizona,

ADRIAN DURAN-ESTRADA, a/k/a AA; KAITLAN ROCHELLE JACOBS; BRUCE RIVERA; and ARTURO ALDAY CORDOVA, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the defendants or conspirators, both indicted and unindicted, committed, among others, the following overt acts:

a. On May 29 and May 30, 2019, ADRIAN DURAN-ESTRADA, a/k/a AA, coordinated by cellular phone and WhatsApp with juvenile co-conspirator 1 to meet a group of arriving aliens in the desert near Sasabe, Arizona.

b. On May 30, 2019, ADRIAN DURAN-ESTRADA, a/k/a AA, coordinated by cellular phone and WhatsApp with co-conspirator Jesus Hernandez-Armenta by providing Jesus Hernandez-Armenta with GPS coordinates for various locations to drive a vehicle loaded with illegal aliens.

c. On May 30, 2019, co-conspirator Jesus Hernandez-Armenta drove a vehicle with ten illegal aliens to a location on Highway 286 near Sasabe, Arizona.

d. On June 7, 2019, BRUCE RIVERA traveled to a location near San Miguel, Arizona, with the intent to pick up two illegal aliens and transport them further into the interior of the United States.

e. On July 23, 2019, ADRIAN DURAN-ESTRADA, a/k/a AA, coordinated by cellular phone and WhatsApp with juvenile co-conspirator 2 by providing juvenile co-conspirator 2 with GPS coordinates for various locations to drive a vehicle loaded with illegal aliens.

f. On July 23, 2019, juvenile co-conspirator 2 drove a vehicle with six illegal aliens to a location on Highway 286 near Sasabe, Arizona.

## COUNT 2

On or about May 30, 2019, in the District of Arizona, ADRIAN DURAN-ESTRADA, a/k/a AA, and KAITLAN ROCHELLE JACOBS, knowing and in reckless disregard of the fact that an alien, Rosalio Ayala-Lopez, had come to, entered and resided in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (coconspirator liability).

## COUNT 3

On or about June 7, 2019, in the District of Arizona, ADRIAN DURAN-ESTRADA, A/K/A AA, and BRUCE RIVERA, knowing and in reckless disregard of the fact that an alien, Calixto Vasquez-Gonzalez, had come to, entered and resided in the United States in violation of law, did knowingly attempt to transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (coconspirator liability).

## COUNT 4

On or about July 23, 2019, in the District of Arizona, ADRIAN DURAN-ESTRADA, a/k/a AA; KAITLAN ROCHELLE JACOBS; and ARTURO ALDAY CORDOVA, knowing and in reckless disregard of the fact that an alien, Armando Angel-Roblero, had come to, entered and resided in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (coconspirator liability).

## FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 8, United States Code, Section 1324, alleged in Counts 1 through 4 of this Indictment, defendants ADRIAN DURAN-ESTRADA, a/k/a AA; KAITLAN ROCHELLE JACOBS; BRUCE RIVERA; and ARTURO ALDAY CORDOVA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6): (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of the offense; (b) any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and (c) any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to: A sum of money equal to the amount of proceeds obtained as a result of the offenses.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, including but not limited to all property, both real and personal, owned by the defendants, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

///
///
///

All pursuant to Title 18, United States Code, Section 982(a)(6) and (b)(1), Title 21, United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

_____
FOREPERSON OF THE GRAND JURY
Dated: April 28, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/
_____
ROBERT A. FELLRATH
Assistant U.S. Attorney